Núm. 6132.—Pueblo, apldo. *v.* City Delivery Express Co., Inc. —C. D. Guayama. Febrero 5, 1937.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

Por cuanto, la City Delivery Express Co., Inc., fué acusada de haber cometido una infracción a la ley de automóviles consistente en haber transportado en su *truck* No. 695-52 la cantidad de quince mil libras cuando dicho *truck* sólo estaba autorizado para cargar seis mil; y

Por cuanto, celebrado el juicio el Pueblo presentó su evidencia y basada en el mérito de la misma, la Corte de Distrito de Guayama declaró culpable a la corporación acusada y le impuso una multa de cincuenta dólares; y

Por cuanto, no conforme la corporación apeló y en un alegato que no cumple debidamente con las reglas de esta Corte sostiene que la Corte de Distrito erró al admitir ciertas certificaciones en evidencia y al apreciar la prueba; y

Por cuanto, examinados cuidadosamente los autos y los alegatos esta corte ha quedado convencida de que las certificaciones de que se trata eran admisibles y suficiente la prueba;

Por tanto, se declara sin lugar el recurso y se confirma la sentencia apelada que dictó la Corte de Distrito de Guayama el 6 de febrero de 1936.

Los Jueces Asociados señores Wolf y Córdova Dávila no intervinieron.

Núm. 6342.—Pueblo, apldo. *v.* Rivera, aplte.—C. D. San Juan. Febrero 11, 1937.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

Celebrada la vista de esta apelación el 10 de febrero en curso con la sola asistencia del fiscal, examinados los autos y los alegatos y apareciendo que el único error que se señala—insuficiencia de la prueba—no se ha cometido pues dicha prueba es ampliamente suficiente resuelto como fué el conflicto existente en la misma en contra del acusado, se declara sin lugar el recurso y se confirma la sentencia apelada que dictó la Corte de Distrito de San Juan el 16 de septiembre de 1935.

El Juez Asociado Sr. Wolf no intervino.